UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>THE BLACK & DECKER CORPORATION,    )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC.,    )<br>)<br>Defendants.    )<br>) | C.A. No. 1:04-CV-10653-DPW |

## NOTICE OF APPEAL

Notice is hereby given that defendants, The Black & Decker Corporation, Black & Decker, Inc. Black & Decker (U.S.) Inc., Emhart Corporation and Emhart Industries, Inc., hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on October 19, 2004 and all interlocutory orders and rulings associated therewith, including all portions of the Memorandum and Order entered on December 5, 2003, in Civil Action No. 96-10804-DPW pertaining to the Beverly, Massachusetts site that is the subject of

this action.

        By their attorneys,

        /s/Jack R. Pirozzolo      .
Jack R. Pirozzolo BBO# 400400
Richard L. Binder BBO# 043240
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

2